IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

NARCISSO CAMPOS RODRIGUEZ,          §
                                    §
            Plaintiff,              §
                                    §       Civil Action No. 3:07-CV-1447-D
VS.                                 §
                                    §
GARY FITZSIMMONS,                   §
                                    §
            Defendant.              §

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the

findings, conclusions, and recommendation of the magistrate judge, the court concludes that the

findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and

recommendation of the magistrate judge are adopted.

**SO ORDERED**.

December 11, 2007.


_____
SIDNEY A. FITZWATER
CHIEF JUDGE